IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

RECEIVED
APR 12 2016
PRO SE OFFICE

LESLIE EDWARD BROWN
158 BEACH 30TH ST F1
FAR ROCKAWAY N.Y. 11691

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

THE N.Y.C.P. DEPARTMENT
16-12 MOTT AVE FAR ROCKAWAY N.Y. 11691
P.O. TAX # 944040 -101 PCT.

CORPORATION COUNSEL, 100 CHURCH ST
N.Y. N.Y. 10007

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

COGAN, J.

Case No. CV16 1826
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☒ No
*(check one)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed *in forma pauperis*.

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: LESLIE EDWARD BROWN
Street Address: 150 BEACH 59TH #1
City and County: FAR ROCKAWAY N.Y.
State and Zip Code: N.Y. 11691
Telephone Number: (929)-293-2502
E-mail Address: 

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: THE NYCPD. CORPORATION COUN. 100 CHURCH ST N.Y. N.Y. 10007 JOHN DOE 15 #944640
Job or Title (if known): POLICE OFFICER
Street Address: 16-12 MOTT AVE 101 PCT
City and County: FAR ROCKAWAY N.Y.
State and Zip Code: 11691
Telephone Number: 
E-mail Address (if known): 

2

Defendant No. 2

    Name _____

    Job or Title _____
    (if known)

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

Defendant No. 3

    Name _____

    Job or Title _____
    (if known)

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

Defendant No. 4

    Name _____

    Job or Title _____
    (if known)

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ State or local officials (a § 1983 claim)
☐ Federal officials (a *Bivens* claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

PLAINTIFF WAS DEPRIVED OF FREEDOM AND LIBERTY, 4TH AMENDMENT & 5TH AM[E] UNLAWFULLY BEING DETAINED AGAINST HIS WILL, WITHOUT PROBABLE CAUSE

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____
_____
_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_____
_____

MANNER IN WHICH
CLAIM AROSE:

P1

I LESLIE E. BROWN #881146095588 WAS ACCOSTED ON BIRDSALL AVE. BY N.Y.P.D. OFFICER TAX REG# 944640 OF THE 101 PCT. DILIGENTLY FRISKED, VERBALLY INTIMIDATED OF BEING INCARCERATED, AND ACCUSED OF TRANSPORTING BUILDING MATERIAL. SUMMONS #4417472998 FOR APPR. 20 MINUTES THE NATURE OF THIS CLAIM FALSE DETAINMENT, INTENTIONAL AND NEGLIGENT INFLICTION OF EMOTIONAL HARM, NEGLIGENCE, NEGLIGENT HIRING AND RETAINTION, NEGLIGENT SUPERVISION AND TRAINING, ABUSE OF PROCESS AND MALICIOUS PROSECUTION ALL OF WHICH RESULTED IN AND CAUSE SEVERE EMOTIONAL DISTRESS TO CLAIMANT, DAMAGES TO MY REPUTATION AND ALL OTHER DAMAGES ALLOWED BY STATE AND CASE LAW AS A RESULT OF ACTIONS PERPETRATED BY MEMBERS OF THE NEW YORK CITY POLICE DEPARTMENT.

MANNER IN WHICH CLAIM AROSE:

P2.

AND THE CITY OF NEW YORK, THEIR AGENTS, SERVANTS, LICENSES, EMPLOYEES AND OTHER AFFILIATES AND DEPARTMENTS. CLAIMANT WAS UNLAWFULLY DETAINED AGAINST HIS WILL WITHOUT JUST OR PROBABLE CAUSE BY MEMBERS OF THE N.Y.P.D. DOC# 2014SQ063939)

THE ITEMS OF DAMAGES P3
OR INJURIES
CLAIMS ARE INCLUDED

THIS INCIDENT RESULTED IN DAMAGES TO MY REPUTATION, SEVERE EMOTIONAL DISTRESS, ANXIETY, FEAR, THE FULL EXTENT OF WHICH IS NOT PRESENTLY KNOWN. CLAIMANT WAS DEPRIVED OF FREEDOM AND LIBERTY FOR 20 MINUTES. CLAIMANT SEEKS $30,000 IN DAMAGES.

### III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

_____

_____

_____

B.  What date and approximate time did the events giving rise to your claim(s) occur?

_____

_____

_____

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

[illegible handwritten signature]

*Criminal Court
of the
City of New York*



*Queens Summons Part
120-55 Queens Boulevard
Kew Gardens, N.Y. 11424*
*(718)* 298-0700

201456 063939

Your summons was reviewed by the court and found to be legally insufficient and was DISMISSED. There is no further need to appear in this matter.

Court Clerk

___

Su Órden de Comparecencia fue examinada por el Tribunal.
Este determinó que es legalmente insuficiente y la DESESTIMÓ. No es necesario que comparezca nuevamente con respecto a esta acción.

Secretario(a) Judicial

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

CERTIFICATE OF DISPOSITION
NUMBER: 10842

THE PEOPLE OF THE STATE OF NEW YORK
VS.

**NO FEE**

**BROWN, LESLIE**
DEFENDANT

06/03/1969
DATE OF BIRTH

**33 BUFFALO AVE**
ADDRESS

**BROOKLYN         NY      11233-3091**
CITY             STATE   ZIP

08/05/2014
ISSUE DATE

DOCKET NUMBER: 2014SQ063939

SUMMONS NUMBER: 4417472998

**AC 10-118 UM**
ARRAIGNMENT CHARGES

CASE DISPOSITION INFORMATION:

| DATE | COURT ACTION | JUDGE | PART |
|---|---|---|---|
| 09/30/2014 | DISM - LEGALLY INSUFFICIENT | MELENDEZ,S | SAP-D |

I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN THIS COURT.

_____    10/02/2014
COURT OFFICIAL SIGNATURE AND SEAL    DATE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE
COURT SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)



pursuant to Section 160.50 of the CPL

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.



*[Handwritten:]* Mental Health - 2.0 Q.C. #7188668645 Dr. Stamin [?]
Barrielle Lisnoff, LMSW
1139 Frank Place [?]
Far Rockaway N.Y. 11691
Mental Health
St. John's Episcopal Hosp.
1908 Brookhaven Ave
Far Rockaway N.Y. 11691  —  Isak Isakov MD
Dr. Slowik

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

*[Handwritten:]* See page #

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: A 18, 2016.

Signature of Plaintiff _Leslie E. Brown_

Printed Name of Plaintiff _LESLIE EDWARD BROWN_

7